### DOWNS *v.* WELLS *et al.*

*(Supreme Court, General Term, Second Department. December 14, 1891.)*

LIMITATION OF ACTIONS—RUNNING OF STATUTE.

In 1864 one T. gave a note to W., who was to collect the same, and divide the amount between himself, plaintiff, and others. W. died in 1871, without having paid plaintiff's share of the note, and in 1885 plaintiff sued W.'s administrators for the same. *Held*, that plaintiff's claim was barred by limitation. 14 N. Y. Supp. 566, approved.

On motion for reargument.

Action by Oliver Downs against Maria Wells and another. For former report, see 14 N. Y. Supp. 566. Motion for reargument denied.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Daniel W. Reeve*, for appellant. *Payne & Benjamin*, for respondents.

PRATT, J. We do not think there is any merit in this motion, or in the case in which it is made. If Benjamin Wells owed plaintiff anything, we think it should have been collected seven years and six months after his death. *Mills* v. *Mills*, 115 N. Y. 85, 21 N. E. Rep. 714. The case, under all the facts and circumstances, was, we think, properly decided, and the motion for a reargument must be denied, but without costs.